**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALEXANDER JONES, JR., )<br>)<br>　　Plaintiff )<br>)<br>v. )<br>)<br>CENTRAL PARKING SYSTEMS, )<br>)<br>　　Defendant. )<br>_____) | Case No. 1:05-CV-01072-RCL |

**ORDER**

Upon consideration of Defendant's Motion To Dismiss Plaintiff's Complaint, Or, In The Alternative, To Order Compliance With Rule 10(b) And To Provide A More Definite Statement Under Rule 12(e), any opposition thereto, and the entire record herein, it is on this ____ day of _____, 2005,

ORDERED, that the Motion is GRANTED, and it is further

ORDERED that Plaintiff's Complaint be and hereby is DISMISSED WITH PREJUDICE.

SO ORDERED.

_____
Royce C. Lamberth
United States District Court Judge

Copies to:

Alexander Jones, Jr.
4324 Sheldon Ave.
Temple Hills, MD 20748

David M. Burns, Esq.
dburns@seyfarth.com