## **CERTIFICATE OF SERVICE**

      I hereby certify that copies of the foregoing Defendant's Motion To Dismiss Plaintiff's Complaint, Or, In The Alternative, To Order Compliance With Rule 10(b) And To Provide A More Definite Statement Under Rule 12(e) and proposed Order were served by first-class mail, postage prepaid, this 14th day of July 2005 upon:

        Alexander Jones, Jr.
        4324 Sheldon Ave.
        Temple Hills, MD 20748

                                                /s/
                                       David M. Burns