IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALEXANDER JONES JR

    PLAINTIFF

V.

CENTRAL PARKING SYSTEMS        Case No. 1:05-CV-01072-RCL

    DEFENDANT

Amended COMPLAINT DISCRIMINATION

PLAINTIFF Alexander Jones Jr 4324 Sheldon Ave. Temple Hills Maryland, 20748 says:

FIRST COUNT: PLAINTIFF sues Defendant under The Civil Rights Act of 1991, when the Defendant intentionaly reduced Plaintiff work load and was laid off. Plaintiff seeks $500.000 in punitive damages.

SECOND COUNT: Plaintiff sues Defendant for retaliation under The American with Disabilities Act of 1990, when Defendant placed Plaintiff medical records in his personnel file. Plaintiff seeks $500.000 in punitive damages.

THIRD COUNT: Plaintiff sues Defendant for sum of two years back pay of 28.000.00

WHEREFORE, Plaintiff respectfully request Judgment against the Defendant for damages in the amount of 1,00000 together with lawful interest, cost of suit and such other and further relief as the Court may deem proper.

Date: 8-2-05

*Alexander Jones Jr*
4324 Sheldon Ave
Temple Hills MD 20748