IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER JONES, JR.,    ) | |
|                                     ) | |
|     Plaintiff                ) | |
|                                     ) | |
| v.                                      ) | Case No. 1:05-CV-01072-RCL |
|                                     ) | |
| CENTRAL PARKING SYSTEMS,  ) | |
|                                   ) | |
|     Defendant.           ) | |
|                                   ) | |

## REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Plaintiff has filed an *untimely* opposition to Defendant' motion to dismiss. Defendant filed its motion on July 14, 2005 and served it on Plaintiff that same day. Plaintiff's opposition was due no later than August 1, 2005. *See* Local Rule 105.2(a); Fed. R. Civ. P. 6(a), (e). Plaintiff did not file his opposition until August 4, 2005. Accordingly, his opposition is untimely. Plaintiff's *pro se* status does not relieve his obligation to comply with the applicable rules. *See, e.g.*, *Lennon v. McClory*, 3 F. Supp. 2d 1461 (D.D.C. 1998) (dismissing case due to improper service and failure to plead jurisdiction despite Plaintiff's *pro se* status).

The Court could have granted Defendant's motion as unopposed and dismissed the case on August 2, 2005. That Plaintiff also filed a purported amended complaint on August 4, 2005 does not change the fact that his opposition was and is untimely. Furthermore, Plaintiff's opposition does not even address Defendant's arguments that the limitations periods for his

claims, if any, have run and that he has not asserted a *prima facie* case. For each of these reasons, Defendant's July 14, 2005 motion to dismiss should be granted and the case dismissed.

          Respectfully submitted,

          CENTRAL PARKING SYSTEMS

          By: _____/s/_____
          David M. Burns, Bar # 466167
          SEYFARTH SHAW LLP
          815 Connecticut Avenue, N.W., Suite 500
          Washington, DC 20006-4004
          (202) 463-2400; (202) 828-5393 (fax)

Dated: August 15, 2005          Attorneys for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Reply In Support Of Defendant's Motion To Dismiss was served by first-class mail, postage prepaid, this 15th day of August 2005 upon:

    Alexander Jones, Jr.
    4324 Sheldon Ave.
    Temple Hills, MD 20748

          _____/s/_____
          David M. Burns