**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ALEXANDER JONES, JR.,          )
                                   )
        Plaintiff            )
                                   )
v.                             )     Case No. 1:05-CV-01072-RCL
                                 )
CENTRAL PARKING SYSTEMS,   )
                                 )
        Defendant.       )
_____)

**<u>ORDER</u>**

       Upon consideration of Defendant's Motion To Dismiss Plaintiff's Amended Complaint, any opposition thereto, and the entire record herein, it is on this ____ day of _____, 2005,

       ORDERED, that the Motion is GRANTED, and it is further

       ORDERED that Plaintiff's Amended Complaint be and hereby is DISMISSED WITH PREJUDICE.

       SO ORDERED.


                                 _____
                                 Royce C. Lamberth
                                 United States District Court Judge

Copies to:

Alexander Jones, Jr.
4324 Sheldon Ave.
Temple Hills, MD 20748

David M. Burns, Esq.
dburns@seyfarth.com