## **CERTIFICATE OF SERVICE**

      I hereby certify that copies of the foregoing Defendant's Motion To Dismiss Plaintiff's Amended Complaint and proposed Order were served by first-class mail, postage prepaid, this 15th day of August 2005 upon:

        Alexander Jones, Jr.
        4324 Sheldon Ave.
        Temple Hills, MD 20748

                                            /s/
                                    David M. Burns