IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER JONES, JR., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CENTRAL PARKING SYSTEMS, )<br>)<br>Defendant. )<br>) | Case No. 1:05-CV-01072-RCL |

**REPLY IN SUPPORT OF DEFENDANT'S
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Plaintiff's Opposition To Defendant's Motion To Dismiss the Amended Complaint does not address Defendant's arguments that the limitations periods for his claims, if any, have run and that he has not asserted a *prima facie* case.[1] Accordingly, Defendant's Motion To Dismiss Plaintiff's Amended Complaint should be granted and the case dismissed.

Respectfully submitted,

CENTRAL PARKING SYSTEMS


By: _____/s/_____
David M. Burns, Bar # 466167
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006-4004
(202) 463-2400; (202) 828-5393 (fax)

Dated: August 26, 2005                Attorneys for Defendant

---

[1] On August 22, 2005, Plaintiff sent to Defendant's counsel a three page document entitled "Opposition to Defendant's Motion to Dismiss Amended Complaint." Although it appears that this document has not yet been filed or posted in the Court's Electronic Case Filing System, Defendant files this Reply out of an abundance of caution to ensure that it is timely.

DC1 30151531.1

2

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Reply In Support Of Defendant's Motion To Dismiss Plaintiff's Amended Complaint was served by first-class mail, postage prepaid, this 26th day of August 2005 upon:

>Alexander Jones, Jr.
>4324 Sheldon Ave.
>Temple Hills, MD 20748

                                    /s/
                              David M. Burns

DC1 30151531.1