Alexander Jones Jr
4324 Sheldon AVE
Temple Hills, MD 20748
    Plaintiff
vs             Case NO. 1:05-CV-01072-RCL
Central Parking System
    Defendent

## Opposition To Defendents Motion To Dismiss Admended Complaint

Plaintiff Alexander Jones Jr, here by submits opposition to defendents motion to dismiss admended complaint.

1. The Plaintiff do not understand the position that the Defense is taking. It is the Plaintiff understanding that their is still a employment issue that still must be settled.

2. The Plaintiff believes that the documents given in evidents supports the admended complaints.

page 1

The Plaintiff respectfully reqest the court not to dismiss the admended complaint.

8-22-05

Alexander Jones Jr

*signature*

4324 Sheldon Ave
Temple Hills, MD 20748

Original