Alexander Jones Sr
    Plantiff
vs                          NO:1:05-CV-01072 RCL
Central Parking Systems
        Defendant

I Alexander Jones Sr the Plaintiff of 4324 Sheldon AVE Temple Hills, MD 20748, Dont have the resorces to handle this matter on my own.

The Plaintiff now at this time repectfully reqest the court for legal assitents.

Alexander Jones Sr

301-316-6656

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2005 SEP 19 AM 10:33
NANCY M
MAYER-WHITTINGTON
CLERK

I here by Certify that Copies of the Plaintiff reqest for legal assitants were served by mail on 9-19-05 to David M Burns ESQ Defense attorny. for Central Parking Systems

*[signature]*
301 316-6656

RECEIVED
2005 SEP 19 AM 10 34
NANCY M. MAYER-WHITTINGTON
CLERK
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA