UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER JONES, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-1072 (RCL) |
| CENTRAL PARKING SYSTEMS, *et al.*, ) | |
| Defendants. ) | |

FILED

FEB 23 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**DISMISSAL ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant Parking and Service Workers Union is DISMISSED as a party defendant, and it is further

ORDERED that defendant Central Parking's motion to dismiss [#5] and motion to dismiss the amended complaint [#9] are GRANTED, and it is further

ORDERED that plaintiff's motion to appoint counsel [#14] is DENIED as moot, and it is further

ORDERED that this civil action is DISMISSED. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

*Royce C. Lamberth*
ROYCE C. LAMBERTH
United States District Judge

DATE: 2/21/06